**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DEMOND W. POTTS, | ) Case No. CV 16-623 GW (AJW) |
| | ) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| | ) |
| FRED FIGUEROA, WARDEN, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: February 3, 2016

_____
George H. Wu
United States District Judge